IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02493-RM-MEH

ANTHONY ARMSTRONG,

    Plaintiff,

v.

CONNORS DRILLING, LLC, d/b/a First Drilling,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 4, 2016**.

    Plaintiff's Unopposed Motion to Vacate January 11, 2016 Scheduling Conference [filed December 31, 2015; docket #13] is **granted in part and denied in part** as follows. The Court will **convert** the Scheduling Conference to a Status Conference at which counsel for the parties may appear by telephone by first teleconferencing together, then calling my Chambers at (303) 844-4507.